IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| THOMAS MUNROE III and KAREN MUNROE, individually and as heirs to the estate of RICHARD ALEXANDER MUNROE, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF AUSTIN, ART ACEVEDO, individually and as chief of the AUSTIN POLICE DEPARTMENT, OFFICER JOHN NELSON, OFFICER MATTHEW MURPHY, and OFFICER STEPHEN JOHNSON, <br><br> Defendants. | § § § § § § § § § § § § § § § § § | 1:16-CV-1166-RP |

### ORDER

Before the Court is Plaintiffs' Unopposed Motion to Dismiss, (Dkt. 59), which was signed and agreed to by all parties. By way of the motion, the parties have agreed to the dismissal with prejudice of all claims asserted in this action. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (allowing dismissal of an action by stipulation signed by all parties who have appeared).

Accordingly, **IT IS ORDERED** that all claims asserted in this action are **DISMISSED WITH PREJUDICE.** All parties are to bear their own costs and fees. The Clerk's Office is directed to **CLOSE** the case.

**SIGNED** on July 24, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE